# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   LAWRENCE WALKER                                          Case Number: 06-72456
         910 NORTH CENTRAL AVENUE          SSN-xxx-xx-6338
         ROCKFORD, IL  61101

                                                        Case filed on:     12/22/2006
                                                        Plan Confirmed on:
                       U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,500.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 286.87 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 286.87 | 0.00 |
| 002 | MICHELLE HOLLOWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ILLINOIS DEPT OF HEALTHCARE | 1,421.51 | 1,421.51 | 0.00 | 0.00 |
|  | Total Priority | 1,421.51 | 1,421.51 | 0.00 | 0.00 |
| 023 | LAWRENCE WALKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LAWRENCE WALKER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 6,000.00 | 6,000.00 | 849.24 | 272.76 |
|  | Total Secured | 6,000.00 | 6,000.00 | 849.24 | 272.76 |
| 001 | FORD MOTOR CREDIT CORP | 8,137.13 | 8,137.13 | 0.00 | 0.00 |
| 003 | LVNV FUNDING LLC | 3,215.91 | 3,215.91 | 0.00 | 0.00 |
| 004 | COLLECTIONS UNLIMITED, IC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DALE GRAY MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MOBIL OIL CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 969.22 | 969.22 | 0.00 | 0.00 |
| 010 | OSI COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | REBOUND PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCK RIVER WATER RECLAMATION | 254.89 | 254.89 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 5,489.34 | 5,489.34 | 0.00 | 0.00 |
| 019 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WFS FINANCIAL | 425.47 | 425.47 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 413.06 | 413.06 | 0.00 | 0.00 |
|  | Total Unsecured | 18,905.02 | 18,905.02 | 0.00 | 0.00 |
|  | Grand Total: | 28,326.53 | 28,326.53 | 1,136.11 | 272.76 |

Total Paid Claimant:       $1,408.87
Trustee Allowance:         $91.13            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00              discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan